IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALIGN TECHNOLOGY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 17-1648-LPS |
| | ) | |
| 3SHAPE A/S and 3SHAPE INC., | ) | |
| | ) | |
| Defendants. | ) | |

## **STIPULATION REGARDING PLEADINGS**

Plaintiff Align Technology, Inc. ("Align") and Defendants 3Shape A/S and 3Shape, Inc. (collectively, "3Shape") hereby stipulate as follows:

1. 3Shape need not file a responsive pleading until after Align files its First Amended Complaint.

2. Align will file a First Amended Complaint no later than August 7, 2020.

3. 3Shape will file a responsive pleading within 21 days of service of Align's First Amended Complaint.

4. 3Shape will consent under Rule 15(a)(2) to Align filing a further amended complaint within 21 days of service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier.

*/s/ Jeff Castellano*          */s/ James H.S. Levine*
John W. Shaw (No. 3362)       James H.S. Levine (No. 5355)
Karen E. Keller (No. 4489)      Joanna Cline (No. 5873)
Jeff Castellano (No. 4837)       PEPPER HAMILTON LLP
SHAW KELLER LLP          Hercules Plaza
I.M. Pei Building           1313 North Market Street
1105 North Market Street, 12th Floor   Suite 5100
Wilmington, DE 19801       Wilmington, DE 19899-1709
(302) 298-0700           (302) 777-6500
jcastellano@shawkeller.com      levinejh@pepperlaw.com
*Attorneys for Plaintiff*         *Attorney for Defendants*

Dated: August 5, 2020

IT IS SO ORDERED THIS ___ day of _____ 2020.

United States District Judge