## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> 3SHAPE A/S and 3SHAPE, INC., <br><br> Defendants. | C.A. No. 17-1648-LPS |

## JOINT STIPULATION OF PARTIAL DISMISSAL

Plaintiff Align Technology, Inc. and Defendants 3Shape A/S and 3Shape, Inc. hereby stipulate and agree to withdraw and dismiss, without prejudice, all claims and counterclaims related to United States Patent No. 6,845,175.

*/s/ John W. Shaw*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Jeff Castellano (No. 4837)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
302.298.0700
jshaw@shawkeller.com
kkeller@shawkeller.com
jcastellano@shawkeller.com
*Counsel for Plaintiff Align Technology, Inc.*

Dated: September 30, 2020

*/s/ James H.S. Levine*
James H.S. Levine (DE Bar No. 5355)
Joanna Cline (DE Bar No. 5873)
TROUTMAN PEPPER HAMILTON
SANDERS LLP
Hercules Plaza
1313 North Market Street
Suite 5100
Wilmington, DE 19899-1709
302.777.6500
james.levine@troutman.com
joanna.cline@troutman.com
*Counsel for Defendant 3Shape A/S and 3Shape, Inc.*

IT IS SO ORDERED THIS ___ day of _____, 2020

_____
United States District Judge