IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALIGN TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 17-1648-LPS |
| | ) | |
| 3SHAPE A/S and 3SHAPE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### STIPULATION AMENDING SCHEDULING ORDER

WHEREAS, the Court vacated the November 8, 2021 trial date and the October 29, 2021 pretrial hearing date and ordered the parties to meet and confer concerning any further revisions to the Scheduling Order (D.I. 138, 142);

WHEREAS, the parties have agreed to certain adjustments to the Scheduling Order (D.I. 55) and are continuing to meet and confer as to potential further adjustments;

WHEREAS, because some of the agreed adjustments change Scheduling Order deadlines in January 2021, the parties are submitting those adjustments to the Court for approval while they continue to meet and confer;

NOW, THEREFORE, plaintiff Align Technology, Inc. ("Align") and defendants 3Shape A/S and 3Shape, Inc. (collectively "3Shape") have agreed, subject to the approval of the Court, to the following deadlines for the events listed below:

| Event | Deadline |
|---|---|
| Exchange of claim terms and constructions | January 11, 2021 |
| Final supplementation of accused products and invalidity references | January 21, 2021 |
| Parties file joint claim construction chart | January 21, 2021 |
| Parties file opening claim construction briefs | February 5, 2021 |
| Final infringement contentions | February 10, 2021 |

| Joinder of parties and amendment of pleadings | February 17, 2021 |
| --- | --- |
| Parties file responsive claim construction briefs | February 15, 2021 |
| *Markman* hearing | March 1, 2021, 1 p.m. eastern (same as in original Scheduling Order (D.I. 55)) |
| Parties meet and confer regarding case narrowing | 15 days after *Markman* ruling |
| Parties file joint stipulation or approach Court regarding case narrowing | 30 days after *Markman* ruling |
| Fact discovery cutoff | March 9, 2021 |
| Final invalidity contentions | March 12, 2021 |
| Interim status report | March 23, 2021 |

| | |
|---|---|
| /s/ Jeff Castellano | /s/ James H. S. Levine |
| John W. Shaw (No. 3362) | Joanna J. Cline (No. 5873) |
| Karen E. Keller (No. 4489) | James H. S. Levine (No. 5355) |
| Jeff Castellano (No. 4837) | TROUTMAN PEPPER |
| SHAW KELLER LLP | HAMILTON SANDERS LLP |
| I.M. Pei Building | 1313 N. Market Street |
| 1105 North Market Street, 12th Floor | Hercules Plaza, Suite 5100 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Tel: (302) 298-0700 | Tel: (302) 777-6500 |
| jshaw@shawkeller.com | Joanna.Cline@troutman.com |
| kkeller@shawkeller.com | James.Levine@troutman.com |
| jcastellano@shawkeller.com | |
| | OF COUNSEL: |
| OF COUNSEL: | Goutham Patnaik (*pro hac vice*) |
| Mark L. Levine (*pro hac vice*) | David J. Shaw (*pro hac vice*) |
| Michael J. Valaik (*pro hac vice*) | TROUTMAN PEPPER |
| Benjamin R. Montague (*pro hac vice*) | HAMILTON SANDERS LLP |
| BARTLIT BECK LLP | 2000 K Street, N.W. |
| 54 West Hubbard Street, Suite 300 | Suite 600 |
| Chicago, IL 60654 | Washington, D.C. 20006 |
| Tel: (312) 494-4400 | Tel: (202) 220-1200 |
| mark.levine@bartlitbeck.com | Goutham.Patnaik@troutman.com |
| michael.valaik@bartlitbeck.com | David.Shaw@troutman.com |
| benjamin.montague@bartlitbeck.com | |
| | William D. Belanger (*pro hac vice*) |
| John M. Hughes (*pro hac vice*) | TROUTMAN PEPPER |
| Daniel C. Taylor (*pro hac vice*) | HAMILTON SANDERS LLP |
| Katherine L.I. Hacker (*pro hac vice*) | High Street Tower |
| BARTLIT BECK LLP | 125 High Street, 19th Floor |
| 1801 Wewatta Street, Suite 1200 | Boston, MA 02110 |
| Denver, CO 80202 | Tel: (617) 204-5100 |
| Tel: (303) 592-3100 | William.Belanger@troutman.com |
| john.hughes@bartlitbeck.com | |
| dan.taylor@bartlitbeck.com | *Attorneys for Defendants* |
| kat.hacker@bartlitbeck.com | |

*Attorneys for Plaintiff*

Dated: December 29, 2020

     SO ORDERED at Wilmington this _____ day of _____, 2020.

                                                _____
                                                United States District Judge