SHAW KELLER LLP

John W. Shaw
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
(302) 298-0701 – Direct
jshaw@shawkeller.com

March 23, 2021

**VIA CM/ECF**
The Honorable Leonard P. Stark
United States District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801-3555

Re: *Align Technology, Inc. v. 3Shape A/S et al.*, C.A. No. 17-1648-LPS

Dear Chief Judge Stark:

Pursuant to the Scheduling Order (D.I. 55) and the Parties' Stipulation Amending the Scheduling Order (D.I. 145), which the Court Ordered on January 4, 2021, Defendants 3Shape A/S and 3Shape Inc. ("3Shape") and Plaintiff Align Technology Inc. ("Align") submit this joint interim status report.

Align is asserting four patents from a single patent family. 3Shape is asserting counterclaims for a declaration of invalidity and non-infringement as to each of the four patents. 3Shape also asserted four non-federal counterclaims (Counts XIII-XVI) in response to Align's First Amended Complaint. Magistrate Judge Hall recently issued a Report and Recommendation recommending that the Court dismiss these four claims under the doctrine of *forum non conveniens*. D.I. 181.

Pursuant to the Amended Scheduling Order and Stipulation to Extend Time (D.I. 168, Order entered on February 19, 2021), the parties are currently engaged in fact discovery. The remaining post-fact-discovery deadlines set by the Scheduling Order (D.I. 55) are subject to the parties' January 25, 2021 request to for a scheduling teleconference. (D.I. 153.) Therein, 3Shape and Align proposed competing schedules for expert discovery and dispositive and *Daubert* motions, which await the Court's decision.

***3Shape's Position:*** In addition to 3Shape's position as explained in D.I. 153, changed circumstances since that submission have made Align's proposal even more untenable and prejudicial to 3Shape. Specifically, Align's proposal also now conflicts with the trial in Civil Action No. 17-cv-1646-LPS between the parties, which the Court recently set for July 26, 2021. (1646 Action, D.I. 517.) As with 3Shape's late June trial in the Western District of Texas, there is significant overlap between 3Shape's trial team in this case and the 1646 Action. Thus, for this additional reason, and the reasons explained in the parties' prior letter, 3Shape respectfully requests that the Court adopt 3Shape's proposed schedule.

***Align's Position:*** Given the fluidity of trial dates in other cases (some of which have been rescheduled multiple times), Align respectfully suggests the Court should set a schedule for expert discovery and dispositive motions that makes sense given the needs of this case.

As explained in D.I. 153, Align's proposed schedule will move this case along at a reasonable pace without imposing months-long delays as 3Shape requests.

Respectfully submitted,

*/s/ John W. Shaw*

John W. Shaw (No. 3362)

cc: Clerk of Court (by CM/ECF)
All Counsel of Record (by CM/ECF and email)