IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALIGN TECHNOLOGY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 17-1648-LPS |
| | ) | |
| 3SHAPE A/S, and 3SHAPE INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 21, 2021, the following documents were served by email to 3Shape_1648_Pepper@Troutman.com:

1) Expert Report of Quentin L. Mimms

2) Opening Expert Report of Lambertus Hesselink, Ph.D. Regarding Infringement of U.S. Patent Nos. 8,638,447, 8,638,448, 9,615,901, and 7,092,107

|  |  |
|---|---|
|  | */s/ John W. Shaw* |
|  | John W. Shaw (No. 3362) |
|  | Karen E. Keller (No. 4489) |
|  | Jeff Castellano (No. 4837) |
|  | SHAW KELLER LLP |
| OF COUNSEL: | I.M. Pei Building |
| Christina A. Ondrick | 1105 North Market Street, 12th Floor |
| Allan M. Soobert | Wilmington, DE 19801 |
| PAUL HASTINGS LLP | (302) 298-0700 |
| 2050 M St. NW | jshaw@shawkeller.com |
| Washington, DC 20036 | kkeller@shawkeller.com |
| (202) 551-1700 | jcastellano@shawkeller.com |
|  | *Attorneys for Plaintiff* |
| Thomas A. Counts |  |
| PAUL HASTINGS LLP |  |
| 101 California Street |  |
| Forty-Eighth Floor |  |
| San Francisco, CA 94111 |  |
| (415) 856-7077 |  |

Rebecca Weinstein Bacon
Reid M. Bolton
Mark L. Levine
Anastasiya Maione
Steven E. Derringer
William D. Gohl
Michael J. Valaik
Amy Gore
Faye Paul Teller
Benjamin R. Montague
BARTLIT BECK LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60654
(312) 494-4400

John M. Hughes
Sundeep K. (Rob) Addy
Katherine L.I. Hacker
Joseph C. Smith
Meg F. Fasulo
Jason C. Murray
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
(303) 592-3100

Dated: September 21, 2021